THE HONORABLE BENJAMIN H SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHAD TOLAND, an individual;<br><br>            Plaintiff,<br><br>  v.<br><br>CNA INSURANCE, a private, for-profit corporation, and VALLEY FORGE INSURANCE COMPANY, a private, for-profit corporation,<br><br>           Defendants. | NO. 3:19-cv-5373<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

It is hereby stipulated and agreed by and among Plaintiff CHAD TOLAND and Defendant VALLEY FORGE INSURANCE COMPANY, through their respective counsel that all claims in this matter have been fully resolved and may now be dismissed with prejudice and without costs to any party.

///

STIPULATION AND ORDER OF DISMISSAL - 1 of 2
(NO. 3:19-cv-5373)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

DATED this 29th day of May, 2020

| CONNELLY LAW OFFICES, PLLC | NICOLL BLACK & FEIG, PLLC |
|---|---|
| By    /s Samuel J. Daheim               <br>Samuel J. Daheim, WSBA No. 52746<br>John R. Connelly, Jr., WSBA No.<br>2301 North 30th Street<br>Tacoma, WA 98403<br>Phone: (253) 593-5100<br>E-mail: sdaheim@connelly-law.com<br>E-mail: jconnelly@connelly-law.com<br>Attorneys for Plaintiffs | By  /s Curt H. Feig              <br>Curt H. Feig, WSBA No, 19890<br>Noah S. Jaffe, WSBA No. 43454<br>1325 Fourth Ave., Suite 1650<br>Seattle, WA 98101<br>Attorneys for Defendants |

## **ORDER**

Based on the foregoing stipulation of counsel for Plaintiff Chad Toland and Defendant Valley Forge Insurance, all claims in this matter have been fully compromised and settled and are now hereby dismissed against Valley Forge Insurance and "CNA Insurance" (incorrectly named as a defendant), with prejudice and without costs to any party.

Dated this 1st day of June, 2020.

_____
BENJAMIN   H.   SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2 of 2
(NO.  3:19-cv-5373)

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax